Peter H. Barlow, #7808
Matthew A. Jones #15792
STRONG & HANNI
9350 South 150 East, Suite 820
Sandy, Utah 84070
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
pbarlow@strongandhanni.com
mjones@strongandhanni.com

*Attorneys for Plaintiff Auto-Owners Insurance Company*

IN THE UNITED STATES DISCTRICT COURT, STATE OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHREE UMA, LLC., dba STALLION DISTRIBUTION, LLC, GANGAISHWAR, INC. dba 7-ELEVEN STORE 318147B,<br><br>Defendants. | **AUTO-OWNERS INSURANCE COMPANY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Case No. 2:21-cv-00602-HCN-CMR<br><br>Judge: Howard C. Nielson, Jr. |

Plaintiff Auto-Owners Insurance Company ("Auto-Owners") hereby gives notice pursuant to Federal Rule of Civil Procedure that it is voluntarily dismissing this action pursuant to Rule 41(a)(1)(A)(i). No defendant has filed an answer in this case and dismissal, without prejudice, is proper in this matter.

DATED this 27th day of October, 2021.

                                            **STRONG & HANNI**

                                            */s/ Peter H. Barlow*
                                            Peter H. Barlow
                                            Matthew A. Jones
                                            *Attorneys for Plaintiff Auto-Owners Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2021, a true and correct copy of the foregoing document was filed with the Court via CM/ECF Filing and served by the method indicated below, to the following:

| | |
|---|---|
| Matthew L. Lalli<br>Paul W. Shakespear<br>SNELL & WILMER, L.L.P.<br>15 West South Temple, Suite 1200<br>Salt Lake City, UT 84101<br>mlalli@swlaw.com<br>pshakespear@swlaw.com<br>jharmon@swlaw.com<br>*Attorneys for Defendant Gangaishwar, Inc.*<br>*dba 7-Eleven Store 318147B* | ( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>(X) Email<br>( ) Overnight Mail<br>( ) Facsimile<br>(X) CM/ECF Filing |
| Stallion Distribution, LLC<br>c/o Bhavan Patel<br>2319 S. Foothill Drive, Suite 220<br>Salt Lake City, UT 84109 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Email<br>( ) Overnight Mail<br>( ) Facsimile<br>(X) CM/ECF Filing |

                                                */s Mary Minter*